Marc V. Kalagian
Attorney at Law: 4460
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562) 437-7006
Fax: (562) 432-2935
E-mail: rohlfing.kalagian@rksslaw.com

Gerald M. Welt
Attorney at Law:  1575
Law Office of Gerald M. Welt
732 S. Sixth Street, Suite 200-D
Las Vegas, NV 89101
Tel.: (702) 382-2030
Fax:  (702) 684-5157
E-mail:  gmwesq@weltlaw.com

Attorneys for Plaintiff Andrew Perry

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PERRY, | Case No.:   2:21-cv-00480-EJY |
| Plaintiff, | STIPULATION TO EXTEND TIME OF TIME TO FILE MOTION FOR REMAND/REVERSAL |
| vs. | (FIRST REQUEST) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Andrew Perry and Defendant Kilolo Kijakazi,, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time from September 3, 2021 to

-1-

September 7, 2021, for Plaintiff to file his Motion for Remand/Reversal with all other dates in the Court's Scheduling Order extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

DATE: September 2, 2021         Respectfully submitted,

                                  ROHLFING & KALAGIAN, LLP

                                  /s/ /*Marc V. Kalagian*
                       BY: _____
                                Marc V. Kalagian
                                Attorney for plaintiff Andrew Perry

DATE: September 2, 2021         CHRISTOPHER CHIOU
                                  Acting United States Attorney

                                  /s/ Marcelo N. Illarmo
                       BY: _____

                                Marcelo N. Illarmo
                                Special Assistant United States Attorney
                                Attorneys for defendant Nancy A. Berryhill
                                Acting Commissioner of Social Security
                                |*authorized by e-mail|

DATED:      September 3, 2021

IT IS SO ORDERED:

                                  _____
                                  UNITED STATES MAGISTRATE JUDGE